Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>DENNIS RAYBOULD,<br><br>Debtors. | Case No. 22-60307-tmr13<br><br>AMENDED ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS |

   Debtor filed a motion to extend time to file missing documents on March 31, 2022 (Doc. #15). The court granted the motion by order entered April 1, 2022 (Doc. #16). It appears to the court that the deadline in the order needs clarification. Therefore,

   IT IS ORDERED that debtor's missing documents as required by the order and notice regarding time to file documents (Doc. #7) are due by April 14, 2022.

###